**Order entered July 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01727-CV

**CLUB VISTA DEVELOPMENT II, INC., ET AL., Appellants**

**V.**

**ONCOR ELECTRIC DELIVERY COMPANY, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04417**

## ORDER

The Court has before it appellants' July 1, 2013 unopposed motion for extension of time to file their reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by July 12, 2013.

/s/     ELIZABETH LANG-MIERS
           JUSTICE